OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS



OFFICIAL BUSINESS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

9/9/2015
OPORTA, TRINIDAD    Tr. Ct. No. D-1-DC-12-300191-A          WR-83,692-02
This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

TRINIDAD  OPORTA
SOUTH TEXAS DETENTION COMPLEX
566 VETERAN DRIVE
PEARSALL, TX  78601                    U TF

RTS
Release

N3B  78061